## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

AUSTIN WILLIAMS, et al,

      Plaintiffs

v.

THE CITY OF COLUMBUS, et al,

      Defendants,

Civil Action No:  2:22-cv-01831

JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE:
KIMBERLY A. JOLSON

## STIPULATION OF DISMISSAL OF PLAINTIFF AUSTIN WILLIAMS AND DEFENDANT OFFICER (FNU) DAVIS

Now come the Parties, by and through counsel, and, pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff Austin Williams and Defendant Officer (FNU) Davis from this case, with prejudice.  Plaintiff Alexandra Davis' claims against Defendants City of Columbus, Thomas Quinlan, John and Jane Doe remain pending.

*/s/ Brian M. Garvine*
Brian M. Garvine (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, OH 43215
(614) 223-0290
brian@garvinelaw.com
*Attorney for Plaintiffs*

*/s/ Jeremiah E. Heck*
Jeremiah E. Heck, 0076742
Luftman, Heck & Associates, LLP
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
JHeck@lawlh.com
*Co-counsel for Plaintiffs*

*/s/ Alexandra N. Pickerill (per consent)*
Alexandra N. Pickerill
Columbus City Attorney
77 N. Front Street, 4th Floor
Columbus, Ohio 43215
Direct: (614) 645-0761
anpickerill@columbus.gov
*Attorney for Defendants*

*/s/ Samantha M. Hobbs (per consent)*
Samantha M. Hobbs
Columbus City Attorney
77 N. Front Street, 4th Floor
Columbus, Ohio 43215
Direct:  (614) 645-0761
SMHobbs@columbus.gov
*Attorney for Defendants*