# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| AUSTIN WILLIAMS, et al., | |
| Plaintiffs, | Case No. 2:22-cv-1831 |
| v. | Chief Judge Algenon L. Marbley |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

## JOINT STATUS REPORT AND REQUEST TO VACATE STATUS CONFERENCE

The parties jointly and respectfully make the following status report and request to vacate the status conference scheduled for May 9, 2024 (ECF No. 65).  The Columbus City Council is reviewing an ordinance which would approve the agreed-upon settlement of this matter.  The parties are continuing to work on executing the settlement agreement but have encountered some unanticipated delays.  These delays are actively being addressed and the parties anticipate that an additional sixty (60) days is required to complete this process and to process and deliver the settlement check.  At that time, the parties will file a stipulation of dismissal with prejudice in this matter.

Respectfully submitted,

/s/ Brian M. Garvine*
Brian M. Garvine (0068422)
LAW OFFICE OF BRIAN M. GARVINE, LLC
5 E. Long Street, Suite 1100
Columbus, Ohio 43215
Phone: (614) 223-0293 / Fax: (614) 221-3201
brian@garvinelaw.com

*Counsel for Plaintiffs*

*per email authority May 3, 2024

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)
Dexter W. Dorsey (0097657)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 N. Front Street, Columbus, Ohio 43215
Phone: (614) 645-7385 / Fax: (614) 645-6949
anpickerill@columbus.gov
dwdorsey@columbus.gov

*Counsel for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2024, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)